**Petition for Writ of Habeas Corpus Dismissed and Memorandum Opinion filed January 28, 2020.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-19-00786-CV

---

## IN RE MAGGY HORGAN, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**328th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 19-DCV-258949**

---

## MEMORANDUM OPINION

On October 8, 2019, relator Maggy Horgan filed a petition for writ of habeas corpus in this court. *See* Tex. Gov't Code Ann. § 22.221 (Supp.); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Walter Armatys, presiding judge of the 328th District Court of Fort Bend County, to vacate the September 16, 2019 order of enforcement by contempt and for commitment to jail (September 16 order), arguing that such order is void.

On October 10, 2019, our court filed an order that the Bailiff of the 328th District Court of Fort Bend County or the Sheriff of Fort Bend County to discharge relator from custody on relator executing and filing a good and sufficient bond conditioned as required by law, in the amount of $500.00. *See* Tex. R. App. P. 52.8(b)(3), *see also* Tex. Gov't Code Ann § 22.221(d).

On January 5, 2019, relator filed a report with this court stating that the September 16 order, which is the subject of relator's petition, has been set aside. Attached to the report is an order signed by trial court on December 11, 2019 setting aside the September 16 order. Relator further states in the report that the only remaining issues are the bond and cost issues and the administrative portions of the case, and that she no longer wishes to prosecute the remainder of the case.

Because the September 16 order had been vacated and relator does not wish to prosecute the remainder of the case, we DISMISS relator's petition for writ of habeas corpus.

Any bond that relator filed as provided for by this court's October 10, 2019 is ordered released.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Zimmerer.